
**Megan E. Glor**, OSB No. 930178
megan@meganglor.com
**John C. Shaw**, OSB No. 065086
john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
621 SW Morrison, Suite 900
Portland, OR 97205
Telephone: 503.223.7400
Facsimile: 503.227.2530

Attorneys for Plaintiff Nancy Petrusich

**William T. Patton**, OSB No. 973646
pattonw@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NANCY PETRUSICH,** | Case No. 3:12-cv-00779-BR |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | |
| Defendant. | |

PAGE 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, because this matter has been settled, plaintiff Nancy Petrusich and defendant Unum Life Insurance Company of America, through their undersigned counsel stipulate to the dismissal of the above-entitled action with prejudice and without costs or fees to any party.

DATED: January 28, 2014

MEGAN E. GLOR, ATTORNEYS AT LAW, PC

By: s/ Megan E. Glor
    Megan E. Glor, OSB No. 930178
    Telephone: 503.223.7400
    Attorneys for Plaintiff Nancy Petrusich

DATED: January 28, 2014

LANE POWELL PC

By: s/ William T. Patton
    William T. Patton, OSB No. 973646
    Telephone: 503.778.2015
    Attorneys for Defendant Unum Life Insurance Company of America

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs or fees to any party.

DATED: January 30, 2014

_____
Anna J. Brown
United States District Judge

PAGE 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE